UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL C. VOSS,<br><br>              Plaintiff,<br>vs.<br><br>THOMAS S. DALTON, RYAN PHILLIPS and JOHN LOVICK, SNOHOMISH COUNTY SHERIFF and COUNTY OF SNOHOMISH,<br><br>              Defendants. | No. 11-0051-MAT<br><br>STIPULATED MOTION AND PROPOSED ORDER FOR CONTINUANCE FOR PRETRIAL DEADLINES |

**STIPULATION**

Plaintiffs and Defendants, by and through their respective counsel of record, stipulate and agree and respectfully request the Court to continue the following pretrial dates and amend the case schedule as follows:

Disclosure of Expert Testimony under FRCP 26(a)(2) to September 22, 2011 (Originally August 22, 2011).

Discovery Motions deadline to October 19, 2011 (originally September 19, 2011).

Discovery completed by: November 17, 2011 (Originally October 17, 2011).

SO STIPULATED.

STIP & PROPOSED ORDER CONTINUE PRETRIAL DEADLINES (USDC 10-cv-00051-RAJ) - 1

C:\DOCUME~1\gburnopp\LOCALS~1\Temp\notes08AE2E\Voss - Stipulation Extend Deadlines.docx

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

DATED this _____ day of August, 2011.

| | |
|---|---|
| YVONNE K. CHAPMAN | SNOHOMISH COUNTY PROSECUTING ATTORNEY - CIVIL DIVISION |
| By: /s/ *Yvonne K. Chapman*<br>Yvonne K. Chapman, WSBA No. 33682<br>Attorney for Plaintiff Michael Voss | By: /s/ *Helene C. Blume*<br>Helene C. Blume, WSBA No. 15462<br>Sean D. Reay, WSBA No. 33622<br>Attorneys for Defendants Thomas S. Dalton, Ryan Phillips, John Lovick, and Snohomish County |

**ORDER**

Upon the parties having so stipulated and upon reviewing the file herein and being fully advised,

IT IS HEREBY ORDERED, that the pretrial dates set forth in this Court's Order of March 4, 2011 shall be amended as follows:

Disclosure of Expert Testimony under FRCP 26(a)(2) due September 22, 2011.

Discovery Motions deadline to October 19, 2011.

Discovery completed by: November 17, 2011.

_____

_____

The Clerk is directed to send copies of this Order to Counsel of record.

DATED this 4th day of August, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

**STIP & PROPOSED ORDER CONTINUE PRETRIAL DEADLINES (USDC 10-cv-00051-RAJ) - 2**

C:\DOCUME~1\gburnopp\LOCALS~1\Temp\notes08AE2E\Voss - Stipulation Extend Deadlines.docx

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333